UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**APPEARANCE OF COUNSEL FORM**

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _____ as

[ ]Retained  [ ]Court-appointed(CJA)  [ ]Court-assigned(non-CJA)  [ ]Federal Defender  [ ]Pro Bono  [ ]Government

COUNSEL FOR: _____

_____as the
(party name)

appellant(s)     appellee(s)     petitioner(s)     respondent(s)     amicus curiae     intervenor(s)

_____
(signature)

_____     _____
Name (printed or typed)                                               Voice Phone

_____     _____
Firm Name (if applicable)                                              Fax Number

_____

_____     _____
Address                                                                       E-mail address (print or type)

**CERTIFICATE OF SERVICE**

I certify that on _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

_____                                  _____
            Signature                                                                                              Date

05/07/2014
SCC

CERTIFICATE OF SERVICE

      I hereby certify that on October 16, 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will provide notification of such filing to all registered ECF filers.

      Additionally, I also caused to be sent by USPS first class mail a copy of the foregoing to the following individuals:

| | |
|---|---|
| James Francis<br>Francis & Mailman PC<br>Land Title Building<br>100 S. Broad Street, 19th Floor<br>Philadelphia PA 19110 | James F. McCabe<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco CA 94105 |
| Edwin F. Brooks<br>6 West Broad Street<br>Richmond VA 23220 | Thomas W. Bevan<br>Bevan & Associates LPA, Inc.<br>Dean Memorial Parkway<br>Boston Heights OH 44236 |

                                                  /s/ Richard M. Paul III