Case Nos. 14-2006, 14-2050, 14-2101
_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
_____

GREGORY THOMAS BARRY, et al.
Plaintiffs/Appellees,

and

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.
Defendants/Appellees,

v.

ADAM E. SCHULMAN, MEGAN CHRISTINA AARON and the Aaron Objectors,
and SCOTT HARDWAY and Hardway Objectors,
Parties-in-Interest/Appellants.
_____

**Designation of Lead Counsel**
_____

Under Federal Rule of Appellate Procedure 12(b), Richard M. Paul III of Paul McInnes LLP is designated as lead counsel for Parties-in-Interest/Appellants Adam E. Schulman, Megan Christina Aaron and the Aaron Objectors, and Scott Hardway and the Hardway Objectors, each of whom separately filed a Notice of Appeal and which appeals have been consolidated.

Dated: October 22, 2014                      Respectfully Submitted,

 /s/ Richard M. Paul III                     Samuel Issacharoff
Richard M. Paul III                          40 Washington Square South, 411J New
Ashlea Schwarz                               York, NY  10012
PAUL McINNES LLP                             (212) 998-6580 (phone)
2000 Baltimore Avenue, Suite 100             samuel.issacharoff@nyu.edu
Kansas City, Missouri 64108
(816) 984-8100 (phone)
paul@paulmcinnes.com
ashlea@paulmcinnes.com

Adam E. Schulman (in pro per)  
Center for Class Action Fairness  
1718 M Street NW, #236  
Washington, DC  20036  
Telephone:  (610) 457-0856  
Shuyande24@gmail.com  

Thomas W. Bevan  
Bevan & Associates LPA, Inc.  
6555 Dean Memorial Parkway  
Boston Heights OH 44236  
tbevan@bevanlaw.com  

Edwin F. Brooks  
6 West Broad Street  
Richmond VA 23220  
brooks@efbrooks.com  

ATTORNEYS FOR PARTIES-IN-INTEREST/APPELLANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Fourth Circuit using the CM/ECF system, which will provide notification of such filing to all registered ECF filers.

Additionally, I also caused to be sent by USPS first class mail a copy of the foregoing to the following individuals:

James Francis  
Francis & Mailman PC  
Land Title Building  
100 S. Broad Street, 19th Floor  
Philadelphia PA 19110  

James F. McCabe  
Morrison & Foerster LLP  
425 Market Street  
San Francisco CA 94105  

   */s/ Richard M. Paul III*