# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III**<br>CHIEF CIRCUIT MEDIATOR<br>PALMYRA, VIRGINIA | **DONNA S. HART**<br>SENIOR RESIDENT CIRCUIT MEDIATOR<br>c/o U. S. P. O., 2330 Broad Street<br>DURHAM, NC 27704-3004<br>(919) 245-1390<br>FAX (919) 245-1395<br>Donna_Hart@ca4.uscourts.gov | **FRANK C. LANEY**<br>CIRCUIT MEDIATOR<br>CARY, NORTH CAROLINA<br><br>**EDWARD G. SMITH**<br>CIRCUIT MEDIATOR<br>DUNCAN, SOUTH CAROLINA |

November 3, 2014

Re: 14-2006 (L), Gregory Berry v. LexisNexis Risk and Informatio

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

    This letter will confirm that the mediation conference has been rescheduled for Tuesday, November 18 2014 at 2:00pm EASTERN time.

    Please advise Lucille Payne, of any scheduling conflicts at least one week before the rescheduled date of November 18. Any last-minute reasons for requesting rescheduling must be of an emergency nature. All participants must be on landlines, with telephone numbers provided to the Office of the Circuit Mediator no later than 24 hours before the scheduled start time of the meeting.

    Thank you for your assistance in this matter.

Sincerely,

Donna S. Hart
Senior Resident Circuit Mediator

Copies:  David Neal Anthony
            Leonard Anthony Bennett
            Edwin Brooks
            Matthew James Erausquin
            Richard Monroe Paul III
            Dale Wood Pittman
            Ronald I. Raether Jr.
            Adam Ezra Schulman
            John Cracken

Appeal: 14-2006      Doc: 33          Filed: 11/03/2014      Pg: 2 of 2