### OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **THOMAS F. BALL III** | **DONNA S. HART** | **FRANK C. LANEY** |
|---|---|---|
| CHIEF CIRCUIT MEDIATOR | SENIOR RESIDENT CIRCUIT MEDIATOR | CIRCUIT MEDIATOR |
| PALMYRA, VIRGINIA | c/o U. S. P. O., 2330 Broad Street | CARY, NORTH CAROLINA |
| | DURHAM, NC 27704-3004 | |
| | (919) 245-1390 | **EDWARD G. SMITH** |
| | FAX (919) 245-1395 | CIRCUIT MEDIATOR |
| | Donna_Hart@ca4.uscourts.gov | DUNCAN, SOUTH CAROLINA |

November 25, 2014

Re: 14-2006 (L), Gregory Berry v. LexisNexis Risk and Informatio

### **NOTICE OF FOLLOW-UP MEDIATION**

Dear Counsel:

This letter will confirm that a follow-up mediation conference has been scheduled for **December 17, 2014, at 2:00 p.m.** EASTERN time.

Thank you for your assistance in this matter.

Sincerely,

Donna S. Hart
Senior Resident Circuit Mediator

Copies:  David Neal Anthony
         Leonard Anthony Bennett
         Edwin Brooks
         John Cracken
         James Francis McCabe
         Richard Monroe Paul III
         Dale Wood Pittman
         Ronald I. Raether Jr.
         Adam Ezra Schulman