**Nos. 14-2006, 14-2050, 14-2101**
_____

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
_____

**GREGORY THOMAS BERRY, et al.,**

*Plaintiffs-Appellees,*

and

**LEXISNEXIS RISK & INFORMATION ANALYTICS GROUP INC.,
SEISINT, INC., and REED ELSEVIER INC.,**

*Defendants-Appellees,*

v.

**MEGAN CHRISTINA AARON and the Aaron Objectors,
SCOTT HARDWAY and the Hardway Objectors,
and ADAM E. SCHULMAN,**

*Parties-in-Interest-Appellants.*

═══════════════════════════════

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE DEFENDANTS-APPELLEES' RESPONSE BRIEF**

═══════════════════════════════

Pursuant to Local Rule 31(c), defendants-appellees LexisNexis Risk & Information Analytics Group Inc., Seisint, Inc., and Reed Elsevier Inc. (collectively, "LexisNexis") respectfully move for a 30-day extension of time, to and including Wednesday, February 11, 2015, to file their response brief. LexisNexis's response brief currently is due on Monday, January 12, 2015.

This is the first request for an extension of time to file the response brief. Counsel for plaintiffs-appellees and counsel for parties-in-interest-appellants have indicated that plaintiffs-appellees and parties-in-interest-appellants do not oppose the requested extension.

Additional time is needed to prepare the brief for LexisNexis. This appeal involves complex and important issues concerning class certification under Rule 23(b)(2) of the Federal Rules of Civil Procedure. Additional time is needed to prepare a brief adequately responding to appellants' arguments, which, for example, contend that the district court's decision conflicts with decisions from other circuits. Moreover, much of the time for preparing the brief falls over the end-of-the-year holidays. Both outside counsel and in-house counsel at LexisNexis working on this case have previously scheduled travel plans over that period.

In addition, LexisNexis understands that plaintiffs-appellees also plan to seek an extension of 30 days for their response brief. If that motion is granted, this motion also should be granted so that all appellees will remain on the same briefing schedule.

Further, counsel working on this appeal for LexisNexis have several other upcoming filings with proximate due dates, as well as an oral argument a few days before the current filing deadline. The undersigned has an amicus brief due

December 17, 2014, in *Balschmiter v. TD Auto Finance LLC*, No. 14-8031 (7th Cir.), a reply in support of a motion for injunction pending appeal due December 17, 2014, in *FirstLine Transportation Security, Inc. v. United States*, No. 15-5029 (Fed. Cir.), and an opening brief for appellant in that same case due on January 20, 2015.  Marc A. Hearron, the second principal attorney working on this appeal (and whose admission to the Fourth Circuit bar is pending), will present oral argument on January 8, 2014, in *Oracle America, Inc. v. Google, Inc.*, No. 14-1351 (Fed. Cir.).  Mr. Hearron also has an opening brief for appellants due on January 16, 2014, in *Personalized Media Communications, L.L.C. v. EchoStar Corp.*, Nos. 14-1825, 14-1826 (Fed. Cir.).

For the foregoing reasons, LexisNexis respectfully requests that the Court grant an extension of time, to and including February 11, 2015, in which to file its response brief.

Dated:  December 16, 2014                Respectfully submitted,


/s/ Joseph R. Palmore
JOSEPH R. PALMORE
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
Telephone:   (202) 887-6940
Facsimile:    (202) 887-0763
JPalmore@mofo.com

*Counsel for Defendants-Appellees
LexisNexis Risk & Information
Analytics Group, Inc., Seisint, Inc., and
Reed Elsevier Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by using the appellate CM/ECF system on December 16, 2014.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated:  December 16, 2014            /s/ Joseph R. Palmore
                                     Joseph R. Palmore