FILED: December 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2006 (L)
(3:11-cv-00754-JRS)

_____

GREGORY THOMAS BERRY; SUMMER DARBONNE, on behalf of herself and all others similarly situated; RICKEY MILLEN, on behalf of himself and all others similarly situated; SHAMOON SAEED, on behalf of himself and all others similarly situated; ARTHUR B. HERNANDEZ, on behalf of himself and all others similarly situated; ERIKA A. GODFREY, on behalf of herself and all others similarly situated; TIMOTHY OTTEN, on behalf of himself and all others similarly situated

        Plaintiffs - Appellees

and

LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INC.; SEISINT, INC.; REED ELSEVIER, INC.

        Defendants - Appellees

  v.

ADAM E. SCHULMAN

        Party-in-Interest - Appellant

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

    Response brief due: 02/11/2015

Any reply brief: 14 days from service of response brief.

                                    For the Court--By Direction

                                    <u>/s/ Patricia S. Connor, Clerk</u>