[ORAL ARGUMENT NOT YET SCHEDULED]
NOS. 14-2006, 12-2050, 14-2101
_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
_____

GREGORY THOMAS BERRY, et al.

Class Representatives/Appellees,

and

LEXISNEXIS RISK & INFORMATION
ANALYTICS GROUP, INC., et al.

Defendants/Appellees,

v.

MEGAN CHRISTINA AARON and the Aaron Appellants, SCOTT HARDWAY and the Hardway Appellants, and ADAM E. SCHULMAN,

Parties-in-Interest/Appellants.

_____

**MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE**

Appeal from the United States District Court for the Eastern
District of Virginia
Honorable James R. Spencer, District Court Case No. 3:11-cv-754

| | |
|---|---|
| DANIEL F. GOLDSTIEN | JAMES GRIMMELMANN |
| MATTHIAS L. NISKA | Professor of Law |
| Brown Goldstein & Levy, LLP | University of Maryland |
| 120 East Baltimore St., Ste. 1700 | Francis King Carey School of Law[1] |
| Baltimore, Maryland 21202 | 500 West Baltimore Street |
| (410) 962-1030/F: (410) 385-0869 | Baltimore, Maryland 21201 |
| dfg@browngold.com | (410) 706-7260 |
| mniska@browngold.com | james@grimmelmann.net |

*Counsel for Amicus*

---

[1] Affiliation listed for identification purposes only. The arguments in this brief are advanced solely on behalf of *amicus* and do not necessarily represent the views of *amicus*'s employer or any other entity.

Pursuant to F.R.A.P. 29(a), *amicus* James Grimmelmann seeks leave of this Court to file an *amicus* brief in support of Objector-Appellants.[2] Pursuant to F.R.A.P. 29(b), *amici's* proposed brief is attached hereto, and *amici's* interest, the reasons why an *amicus* brief is desirable, and the reasons why the matters asserted are relevant to the disposition of the case, are discussed as follows.

*Amicus* is a law professor whose scholarship deals with copyright, privacy, and the Internet. In connection with the ongoing Google Books litigation, *amicus* spent four years studying and writing about the proposed class-action settlement in that case. As a result, *amicus* has extensive knowledge about the law of releases pertaining to the defendant's future conduct in class-action settlements.

As such, *amicus* brings to this case detailed expertise in the ways forward-looking releases can be used to the disadvantage of class members, appropriate safeguards on protecting class members from overreaching releases, and the legal limits applicable to such releases. *Amicus* can explain how such releases operate in this and other cases, how they differ from other and more familiar releases for the defendant's past conduct, and how the concerns they raise are particularly heightened in class-action settlements. *Amicus* can further direct this Court to the

---

[2] *Amici* sought consent to file the instant brief from all parties. Counsel for Objector-Appellants consented to the filing of the brief. Counsel for Plaintiffs-Appellees and counsel for Defendants-Appellees acknowledged receipt of the request for consent but have not granted or refused consent.

relevant caselaw defining the legal limits on how far class-action settlements may go in releasing class members' claims for the defendant's future conduct without exceeding District Courts' authority under the Constitution, statutes, and the federal Rules.

Based on the foregoing, *amicus* respectfully moves this Court for leave to file the brief submitted herewith, as *amicus curiae* in support of Objector-Appellants.

        Respectfully submitted,

        /s/ James Grimmelmann
        JAMES GRIMMELMANN
        Professor of Law
        University of Maryland
        Francis King Carey School of Law
        500 West Baltimore Street
        Baltimore, Maryland 21202
        (410) 706-2670
        james@grimmelmann.net

        Daniel F. Goldstein
        Matthias L. Niska
        BROWN GOLDSTEIN & LEVY, LLP
        120 East Baltimore St., Ste. 1700
        Baltimore, Maryland 21202
        (410) 962-1030 / Fax: (410) 385-0860
        dfg@browngold.com
        mniska@browngold.com

        *Counsel for Amicus*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 16th day of December, 2014, I filed the foregoing Motion for Leave to File Amicus Brief by James Grimmelmann, using the CM/ECF system.  The CM/ECF system will automatically serve all counsel in this case.

December 16, 2014                                /s/ James Grimmelmann