FILED: February 5, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2006 (L)
(3:11-cv-00754-JRS)

_____

GREGORY THOMAS BERRY; SUMMER DARBONNE, on behalf of herself and all others similarly situated; RICKEY MILLEN, on behalf of himself and all others similarly situated; SHAMOON SAEED, on behalf of himself and all others similarly situated; ARTHUR B. HERNANDEZ, on behalf of himself and all others similarly situated; ERIKA A. GODFREY, on behalf of herself and all others similarly situated; TIMOTHY OTTEN, on behalf of himself and all others similarly situated

    Plaintiffs - Appellees

 and

LEXISNEXIS RISK AND INFORMATION ANALYTICS GROUP, INC.; SEISINT, INC.; REED ELSEVIER, INC.

    Defendants - Appellees

 v.

ADAM E. SCHULMAN

    Party-in-Interest - Appellant

------------------------------

JAMES TAYLOR LEWIS GRIMMELMANN

Amicus Supporting Appellants

_____

O R D E R

_____

The court grants an extension of the briefing schedule. Any further request for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

Response briefs due: 02/25/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk