UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**CERTIFICATE OF CONFIDENTIALITY, LOCAL RULE 25(c)**

No. __14-2006__    Caption: Berry, et al., Plaintiffs / Appellees, et al. v. Schulman, et al.

Plaintiffs / Appellees Gregory Thomas Berry, et al.
(appellant, appellee, petitioner, respondent, other)

certifies the following information regarding sealing of the document(s) described below:

1. Identify document(s) filed (e.g., sealed appendix volume, sealed version of brief):

   Sealed Supplemental Appendix

2. Is sealing of document(s) necessary?

   ☐ No
   ☑ Yes, to protect material sealed under the Privacy Policy for Electronic Case Files, or by statute, rule, regulation, or order

3. Date(s) of order(s) sealing the material or, if there is no order, the authority relied upon to treat the material as sealed:

   District Court Docket No. 47 (Stipulated Protective Order), signed August 10, 2012, and District Court Docket No. 62, (Notice of Filing Under Seal).

4. Terms of order sealing the material, including who is permitted access to sealed material (if filed ex parte, document must be marked SEALED and EX PARTE):

   The Confidential Material is not to be disclosed to anyone other than Counsel for a Party in this case* or the Court and any person employed by the Court whose duties require access to Confidential Material.

5. (For SEALED APPENDIX) Sealed record material has been separated from any unsealed record material and placed in a separate, sealed volume of the appendix.

   *who has executed the Undertaking attached to the district court's Protective Order

   ☑ Yes

6. (For SEALED BRIEFS, SEALED DOCUMENTS) Two versions of document are filed: Sealed version with sealed material highlighted and public version with sealed material redacted.

   ☐ Yes

   __02/24/15__                              __/s/ William W. Wilkins__
   (date)                                     (signature)

02/05/2014  SCC